**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JOHN KIEDROWSKI,**

    **Plaintiff,**

**v.**                                            **CASE NO. 5:19cv65-MCR/MJF**

**P.J. ROSSOMANO,**

    **Defendant.**

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 19, 2019. ECF No. 3. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this Order.

2. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida.

3. The clerk of court is directed to close this file.

**DONE AND ORDERED** this 12th day of June 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**